USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
ALISON MICHELE CRUZ, on behalf of herself and all others similarly situated,

                Plaintiff,

-v.-

LOGO BRANDS, INC.,

                Defendants.
------------------------------------------------------------------------x

Civil Action No:
1:23-cv-5416

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated: October 19, 2023

Respectfully Submitted,

/s/Mark Rozenberg
Mark Rozenberg, Esq.
**Stein Saks, PLLC**
One University Plaza, Suite 620
Hackensack, NJ 07601
mrozenberg@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

Application GRANTED.

SO ORDERED.

[signature: Valerie Caproni]

10/20/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE